CLOSED_2008, MEDIATION

# U.S. DISTRICT COURT
## U.S. District Court, Western District of New York (Buffalo)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00724-WMS
### Internal Use Only

Payne v. Dempsey Pipe & Supply, Inc. et al
Assigned to: Hon. William M. Skretny
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 10/29/2007
Date Terminated: 02/22/2008
Jury Demand: Plaintiff
Nature of Suit: 350 Motor Vehicle
Jurisdiction: Diversity

**Plaintiff**
**Thomas Payne**  represented by  **Kenneth B. Goldblatt**
Goldblatt & Associates, P.C.
1846 East Main Street
Route 6
Mohegan Lake, NY 10547
914 - 788-5000
Fax: 914-526-7800
Email: kgoldblatt@headtraumalaw.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**Dempsey Pipe & Supply, Inc.**  represented by  **Daniel T. Cavarello**
Sugarman Law Firm LLP
1600 Rand Building
14 Lafayette Square
Buffalo, NY 14203
716-847-2523
Fax: 716-847-2589
Email: dcavarello@sugarmanlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**
**Mark Williams**  represented by  **Daniel T. Cavarello**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2007 | 1 | COMPLAINT against Dempsey Pipe & Supply, Inc., Mark Williams ( Filing fee $ 350 receipt number 5110.), filed by Thomas Payne.(JDK) (Entered: 10/30/2007) |
| 10/29/2007 |  | Summons Issued as to Dempsey Pipe & Supply, Inc., Mark Williams. (JDK) (Entered: 10/30/2007) |
| 10/29/2007 |  | AUTOMATIC REFERRAL to Mediation (JDK) (Entered: 10/30/2007) |
| 01/22/2008 | 2 | STIPULATION *To Remand to Southern District* by Thomas Payne. (Goldblatt, Kenneth) (Entered: 01/22/2008) |

| 01/22/2008 | | E-Filing Notification: 2 STIPULATION *To Remand (Goldblatt, Kenneth)* **for future reference please note letters should not be efiled with documents** *(DZ) (Entered: 01/23/2008)* |
|---|---|---|
| 01/30/2008 | 3 | STIPULATION to Remand signed by both parties. (DZ) (Entered: 01/30/2008) |
| 01/31/2008 | 4 | TEXT ORDER. The Parties have stipulated that venue is improper in this district and this case should be transferred to the Southern District of New York. Accordingly, the case is TRANSFERRED to the Southern District of New York pursuant to 28 U.S.C. Sections 1391 & 1401(a). The Clerk of the Court is DIRECTED to transfer this action to the Southern District of New York and then close this case. SO ORDERED. Issued by William M. Skretny U.S.D.J. on 1/29/2008. (MEAL) (Entered: 01/31/2008) |
| 02/22/2008 | | Case transferred to Southern District of New York; Original file, certified copy of transfer order, and docket sheet sent. (DZ) (Entered: 02/22/2008) |
| 02/22/2008 | | (Court only) ***Set closed flag. (DZ) (Entered: 02/22/2008) |