UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

THOMAS PAYNE,

                              Plaintiff,

        -against-                                          CASE NO.: 1:08-CV-01933
                                                           JES

DEMPSEY PIPE & SUPPLY, INC., and
MARK WILLIAMS,

                              Defendant.
_____

CERTIFICATE OF SERVICE

        I, **Kim McDonough**, hereby certify that on March 28, 2008, I electronically filed the
Answer  with the Clerk of the District Court using the CM/ECF system which sent notification of
such filing to the following:

Kenneth Goldblatt, Esq.
Goldbladd & Associates, P.C.
1846 East Main Street (Route 6)
Mohegan Lake, NY 10547
(914) 788-5000


                                                       s/
                                                       _____
                                                       Kim McDonough

Sworn to before me this 28th
day of March, 2008.

s/
_____
Notary Public - State of New York

United States District Court                                                     344355.1
Northern District of New York
Certificate Form - 11/1/03