# MEMO ENDORSED



## Maynard, O'Connor, Smith & Catalinotto, LLP
### ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Michael E. Catalinotto<br>Stephen C. Prudente<br>Christopher K H. Dressler<br>Thomas G. Daley<br>James R. Schultz<br>Bruce A. Hell<br>Concetta R. Lomanto<br>Edwin J. Tobin, Jr.<br>Michael E. Catalinotto, Jr.<br>Robert A. Rausch | P.O. Box 180<br>Saugerties, New York 12477<br>(845) 246-3666<br>Fax (845) 246-0390 | 6 Tower Place<br>Albany, New York 12203<br>(518) 465-3553<br>Fax (518) 465-5845<br>www.moscllp.com<br><br>Service by Facsimile<br>is Not Accepted<br><br>PLEASE REPLY TO<br>Saugerties Office | 122 West Main Street<br>Johnstown, New York 12095<br>(518) 762-4212<br>Toll Free (800) 721-3553 | Michael T. Snyder<br>Anne-Jo Pennock McTague, RN<br>Fawn A. Arnold<br>Kerry-Ann N. Lawrence<br>Jessica R. Meigher<br>Alexander L. Stabinski<br>Crystal A. Doolity<br>Dana M. Roniewski<br><br>OF COUNSEL<br>Angelo D. Lomanto<br><br>Earl S. Jones, Jr. (1924-2004) |

May 14, 2008

Re: Payne v. Dempsey Pipe et al
Case 1:08-cv-01933 KMK (SDNY)
Our File No. 149.25804

Hon. Kenneth M. Karas
United States District Judge
U. S. District Court, Courtroom 521
300 Quarropas Street
White Plains, New York 10601

**VIA FAX # 914-390-4152 ONLY**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Dear Judge Karas:

Pursuant to the instructions of Alicia of your office, I am faxing this letter to request that the status conference set for June 3, 2008 at 12:00 p.m. before Your Honor, be adjourned, on consent. I have two days of court ordered depositions scheduled beginning June 3, 2008 in Dutchess County. I would also ask that a telephone status conference be considered as my office is nearly 100 miles from the Court.

Thank you for your consideration in this matter.

Respectfully yours,

MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP

By *Michael E. Catalinotto, Jr.*
Michael E. Catalinotto, Jr.
catalinottojr@moscllp.com

*Conference is adjourned until July 8, 2008 at 10:30. Mr. Catalinotto may participate by telephone.*

*So Ordered.*

*5/16/08*

MCJ:mrp/348421.1
cc: Kenneth Goldblatt, Esq. (via fax # 914-526-7800 only)