

## Maynard, O'Connor, Smith & Catalinotto, LLP
ATTORNEYS AT LAW

Michael F. Catalinotto
Stephen C. Prudente
Christopher K H. Dressler
Thomas G. Daley
James R. Schultz
Bruce A. Bell
Concetta R. Lomanto
Edwin J. Tobin, Jr
Michael E. Catalinotto, Jr.
Robert A. Rausch

P.O. Box 180
Saugerties, New York 12477
(845) 246-3666
Fax (845) 246-0390

**6 Tower Place**
Albany, New York 12203
(518) 465-3553
Fax (518) 465-5845
www.mosellp.com

Service by Facsimile
is Not Accepted

PLEASE REPLY TO
Saugerties Office

122 West Main Street
Johnstown, New York 12095
(518) 762-4212
Toll Free (800) 721-3553

Michael T. Snyder
Anne-Jo Pennock McTague, RN
Fawn A. Arnold
Jessica R. Meigher
Alexander L. Stabinski
Crystal A. Doolity
Dana M. Danewski

OF COUNSEL
Angelo D. Lomanto

Earl S. Jones, Jr. (1924-2004)

May 16, 2008

# MEMO ENDORSED

Re:  Payne v. Dempsey Pipe et al
**Case 1:08-cv-01933 KMK**  (SDNY)
Our File No. 149.25804

**VIA FAX # 914-390-4152 ONLY**

Hon. Kenneth M. Karas
United States District Judge
U. S. District Court, Courtroom 521
300 Quarropas Street
White Plains, New York 10601

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Dear Judge Karas:

I am faxing this in follow up to my assistant's telephone conversation with your office wherein we were informed that you have agreed to adjourn the June 3, 2008 conference before Your Honor to a telephone conference on July 8, 2008, in the above entitled matter. Mr. Goldblatt's office has indicated that he will be at trial on that date. Mr. Goldblatt and I are available on the following dates and respectfully request that the telephone conference be adjourned to one of these dates:

> June 6, 9 or 19
> July 14

If you have any questions or need anything additional, please do not hesitate to contact me. Thank you for your consideration in this matter.

Respectfully yours,

*Conference is adjourned until June 9, 2008, at 12:00*

**MAYNARD, O'CONNOR, SMITH & CATALINOTTO, LLP**

By _____
Michael E. Catalinotto, Jr.
catalinottojr@mosellp.com

SO ORDERED.

KENNETH M. KARAS U.S.D.J.
5/19/08

MCJ:mrp/348777.1
cc:   Kenneth Goldblatt, Esq. (via fax #/914-526-7800 only)