**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                     June 18, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV1903 (LMS)

TO ALL PARTIES:

The matter of     **PAYNE-V-DEMPSEY**    has been scheduled for a conference, before the Hon. Lisa Margaret Smith, United States Magistrate Judge, on **July 7, 2008** at 11:30 AM in Courtroom 420.

Notify any new parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:  *[signature]*

Hon. Lisa Margaret Smith
U.S.M.J.